ERIC GRANT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANIA VALENTIN AMARILLO,<br><br>                      Petitioner,<br><br>              v.<br><br>TIMOTHY ROBBINS, ET AL.,<br><br>                      Respondents. | CASE NO. 1:25-CV-1623-TLN-JDP<br><br>[PROPOSED] FINDINGS AND ORDER REGARDING BRIEFING SCHEDULE |

      The Court has read and considered the parties' stipulated request to reset the briefing schedule in the above-captioned matter. The Court hereby FINDS that based on the parties' stipulation, good cause exists to adopt the stipulation in full.

      Accordingly, IT IS SO ORDERED as follows:

      1.    The briefing schedule previously entered in this matter is vacated.

      2.    Respondents shall file a response to the pending petition on or before January 15, 2026, at 5:00 p.m.

      3.    The petitioner shall file any reply on or before January 29, 2026, at 5:00 p.m.

IT IS SO ORDERED.

Dated:   December 1, 2025                                     _____
                                                                       JEREMY D. PETERSON
                                                                       UNITED STATES MAGISTRATE JUDGE